In the Matter of JOHN W. ABRAMSON, Respondent, against CHARLES GOLD, as Mayor of the City of Long Beach, et al., Appellants.

Argued May 17, 1937; decided May 25, 1937.

*Charles C. Clark* and *Morris Alfred Vogel* for motion. *David B. Tolins, Corporation Counsel,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.